No. 5461. HINES *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 5463. HOLNAGEL *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 5464. BARBER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5465. PHILLIPS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 5468. BATTLE *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 5469. BRIGHT *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5472. MITCHELL *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5473. NORRIS *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5474. MILANI *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 5475. GAY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 5479. CLEVELAND *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.

No. 5486. FLOYD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 5488. ROBERTSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.